# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:15-CR-2-1-RWS |
| ELMER SWAIN STEWART, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 37]. No objections have been filed thereto. Having carefully considered the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 37] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion for Return of Seized Property [Doc. No. 27] is DENIED.

**SO ORDERED**, this 13th day of January, 2016.

**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)