IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.

ELMER SWAIN STEWART,

Defendant.

CRIMINAL ACTION NO.
2:15-CR-02-RWS

## ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 44]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 44] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Suppress [Doc. No. 17] is DENIED.

**SO ORDERED**, this 29th day of February, 2016.

RICHARD W. STORY
United States District Judge

AO 72A
(Rev.8/82)